# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDIA GANTA,** *et al.,* | : | **CIVIL ACTION NO. 1:18-CV-1651** |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **KK&DD INC.,** *et al.,* | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 11th day of 2018, upon consideration of the Unopposed Motion (Doc. 27) to Set Aside Default of Defendant, Estate of Epitacio Diaz Morales, it is hereby ORDERED that said motion is GRANTED. The Default entered against Defendant, Estate of Epitacio Diaz Morales, is hereby set aside, and Defendant is granted leave to file its Answer and Affirmative Defenses within ten (10) days of this Order.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania